

**Law Offices of**
**Stage & Associates, P.A.**
7635 Ashley Park Court, Suite 503-T
Orlando, Florida 32835-6100

# INVOICE

| | |
|---|---|
| From | **Stage & Associates, P.A.** |
| | 7635 Ashley Park Court, Ste. 503-T |
| | Orlando, FL 32835-6100 |
| | |
| | Tel: (321) 299-9412 |
| | Fax: (321) 445-9857 |

| | | | |
|---|---|---|---|
| To | **Virgil Hutton** | Invoice ID | 12-090048 |
| | 1394 North 240 West | Issue Date | 09/04/2012 |
| | Apartment 3 | Due Date | 09/19/2012 (Net 15) |
| | Logan, UT 84341-6644 | | |
| | | | |
| Subject | Invoice | | |

| Type | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Service | [H] HOA Dispute [Hutton] - 08/20/2012 - Hourly Rate 150 / L M R: Drafting Motion to Withdraw | 0.30 | $150.00 | **$45.00** |
| Service | [H] HOA Dispute [Hutton] - 08/20/2012 - Hourly Rate 150 / L M R: Drafting disengagement letter | 0.20 | $150.00 | **$30.00** |
| Service | [H] HOA Dispute [Hutton] - 08/20/2012 - Hourly Rate 150 / L M R: Finalizing Motion to Withdraw | 0.10 | $150.00 | **$15.00** |
| Service | [H] HOA Dispute [Hutton] - 08/21/2012 - Hourly Rate 150 / L M R: Finishing draft of disengagement letter | 0.20 | $150.00 | **$30.00** |
| Service | [H] HOA Dispute [Hutton] - 08/28/2012 - Hourly Rate Clerk / R N S: Prepared Motion to Withdraw with Order filed with Court and copied to opposing parties | 0.20 | $30.00 | **$6.00** |
| Product | [H] HOA Dispute [Hutton] - 08/28/2012 - Copy Fee / R N S: Motion to Withdraw with Order filed with Court and copied to opposing parties @ 5 x 5pgs/ea. | 25.00 | $0.25 | **$6.25** |
| Product | [H] HOA Dispute [Hutton] - 08/28/2012 - Postage Regular / R N S: Motion to Withdraw with Order filed with Court and copied to opposing parties @ 5 x $0.65/ea. | 1.00 | $3.25 | **$3.25** |
| Service | [H] HOA Dispute [Hutton] - 08/28/2012 - Hourly Rate Clerk / R N S: Certified Mail to client re Motion and Order to Withdraw with cover letter | 0.10 | $30.00 | **$3.00** |
| Product | [H] HOA Dispute [Hutton] - 08/28/2012 - Postage Certified / R N S: Certified Mail to client re Motion and Order to Withdraw | 1.00 | $5.95 | **$5.95** |
| Account Credit | Settlement Deduction at 33.0% Responsibility for Total Amount Due - $5,698.96 | 1.00 | -$48.15 | **-$48.15** |

| Type | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| | | | **Amount Due** | **$96.30** |

**Notes**

Please remit payment promptly by calling our office at (321) 299-9412 to pay your invoice by telephone, or send check a check to our office at the address below:

Law Offices of Stage & Associates, P.A.
Attn: Accounting Department
7635 Ashley Park Court, Suite 503-T
Orlando, Florida 32835

*Billing questions may also be e-mailed to accounting@stagelaw.com

**PLEASE NOTE THAT OUR TELEPHONE NUMBER HAS CHANGED TO (321) 299-9412